**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-2012**

_____

BRYAN O'NEAL BENSON,

              Plaintiff - Appellant,

     v.

S. YU, Officer; W. RABOURN, Officer,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:06-cv-00364-BR)

_____

Submitted:  March 31, 2008         Decided:  April 16, 2008

_____

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bryan O'Neal Benson, Appellant Pro Se.  Dorothy K. Leapley, CITY OF RALEIGH, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan O'Neal Benson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Appellees' motion to dismiss and affirm for the reasons stated by the district court. See Benson v. Yu, No. 5:06-cv-00364-BR (E.D.N.C. Sept. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED